SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
PAUL BERKOWITZ, Cal Bar No. 251077
pberkowitz@sheppardmullin.com
DANIELLE L. LEVINE, Cal. Bar No. 280390
dlevine@sheppardmullin.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendant
WELLS FARGO BANK, N.A.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| KAREN CROSBY, an Individual, Plaintiff, v. WELLS FARGO BANK, N.A. doing business as Wells Fargo Private Mortgage Banking, and Does 1 through 25, inclusive, Defendants. | Case No. 2:14-cv-05594-R-PJW<br><br>Assigned to Hon. Manuel Real<br>_____<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**<br><br>[Filed concurrently with Defendant's Notice of Motion and Motion for Judgment on the Pleadings]<br><br>Date:         September 2, 2014<br>Time:        10:00 a.m.<br>Crtrm:       8<br><br>Complaint filed: June 27, 2014 |
|---|---|

1    Pursuant to Federal Rule of Evidence 201, Defendant Wells Fargo Bank ("Defendant") hereby respectfully requests that the Court take judicial notice of the following documents in support of its motion for partial judgment on the pleadings. Under Rule 201(b), a court must take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information.  A judicially noticed fact must be one not subject to reasonable dispute in that is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

The following document, attached as Exhibit "A" is judicially noticeable, as it constitutes part of the record of an administrative agency arising from Plaintiff's notice to the Labor Workforce Development Agency of her alleged claims arising under the California Labor Code Private Attorney General Act ("PAGA").  *See Green v. Warden, U.S. Penitentiary*, 699 F.2d 364, 369 (7th Cir. 1983) ("we clearly have the power to take judicial notice of [plaintiff's] extensive record of litigation as well as the subject matter of his lawsuits"); *Bryant v. Carleson*, 444 F.2d 353 (9th Cir. 1971) (taking judicial notice of proceedings and filings in other courts).   In addition, this document is expressly referenced in the operative Complaint and its contents are not subject to reasonable dispute:

1.    Letter to Labor Workforce Development Agency from Kenneth P. Roberts dated February 11, 2014.

Dated:  July 25, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    */s/ Thomas R. Kaufman*
                Thomas R. Kaufman

Attorneys for Defendant
WELLS FARGO BANK, N.A.

SMRH:426467679.1

-1-
REQUEST FOR JUDICIAL NOTICE